IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                       Plaintiff,                       ORDER

   v.

                                                        09-cv-250-wmc

REAL PROPERTY LOCATED AT 7838
HIGHWAY JJ, BANCROFT, PORTAGE
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

                       Defendant.

---

Attorney Gregory N. Dutch has filed a request for attorneys fees, including a breakdown of fees and costs associated with his representation of claimant Sarah Arnold in this case, from July 15, 2009 to May 13, 2010.  From my review of the request, I am satisfied that the amount requested is fair and reasonable.  Therefore, it is ORDERED that judgment is entered in favor of Gregory N. Dutch against the United States in the amount of $4,800.15.

Entered this 10th day of June, 2010.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge