IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                         09-cv-250-wmc

REAL PROPERTY LOCATED AT 7838
HIGHWAY JJ, BANCROFT, PORTAGE
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

                Defendant.

---

Attorney William R. Jones has filed a request for attorneys fees, including a breakdown of fees and costs associated with his representation of claimant Charles Arnold in this case, from July 15, 2009 to May 10, 2010. From my review of the request, I am satisfied that the amount requested is fair and reasonable. Therefore, it is ORDERED that judgment is entered in favor of William R. Jones against the United States in the amount of $1,904.00.

Entered this 16th day of July, 2010.

                                         BY THE COURT:

                                         /s/

                                         WILLIAM M. CONLEY
                                         District Judge