IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
7838 HIGHWAY JJ, BANCROFT,
PORTAGE COUNTY, WISCONSIN,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-250-wmc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of William Jones against the United States in the amount of $1,904.00 in attorney fees and costs.

_____  _____
Peter Oppeneer, Clerk of Court           7/30/10 Date